**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00868-DDD-STV

MYONG SUK CHOUINARD,

Plaintiff,

v.

MBR CO, INC. d/b/a MOOBONGRI SOONDAE,

Defendant.

---

**SUPPLEMENT TO MARCH 3, 2026 NOTICE OF REMOVAL**

---

Defendant MBR CO, INC. d/b/a MooBongRi Soondae ("Defendant"), by and through undersigned counsel, hereby submits the following supplement to its March 3, 2026 Notice of Removal [ECF No. 1] for purposes of compliance with D.C.Colo.LCivR 81.1 and Appendix B to the Court's Attorney Civil Case Opening Procedures.

**OVERVIEW**

1. Defendant filed its Notice of Removal on March 3, 2024, which was accepted by the Court. The case has been assigned Case Number 1:26-cv-00868, to Chief Judge Daniel D. Domenico and Magistrate Judge Scott T. Varholak.

2. However, the Court informed Defendant that Exhibit D to the Notice of Removal (which included all underlying state court filings to date) was non-compliant with the Court's removal procedures because the state court filings were combined into one .pdf, rather than as separate .pdfs. ECF Nos. 2 & 3.

3. Accordingly, and to ensure full compliance with the Court's procedures governing

removal, Defendant hereby resubmits all pleadings, motions, orders, and other filings submitted under the case captioned *Myong Suk Chouinard v. MBR Co., Inc. d/b/a MooBongRi Sundae*, Civ. No. 2025CV33135 (Arapahoe Cty. Dist. Ct., Dec. 23, 2025) as individual .pdfs for docketing and record-keeping purposes.

WHEREFORE, Defendant respectfully requests that the United States District Court for the District of Colorado accept the removal of this action from the State Court and direct that the District Court for Arapahoe County, Colorado have no further jurisdiction on this matter, unless and until this case is remanded.

Respectfully submitted this 4th day of March, 2026.

**BAKER LAW GROUP, PLLC**

*<u>/s/ Robert M. Thomas</u>*
Robert M. Thomas, Reg. No. 40174
1290 Broadway, Ste. 1175
Denver, CO 80205
Telephone: (303) 747-4772
Email: robert.thomas@jbakerlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March, 2026, I filed the foregoing **SUPPLEMENT TO MARCH 3, 2026 NOTICE OF REMOVAL** electronically with the Clerk of Court via the ECF system and via email, which served the foregoing on all counsel of record, including:

Andrew Turner
MILSTEIN TURNER, PLLC
1490 Lafayette St. #304
Denver, CO. 80218
303-305-8230
andrew@milsteinturner.com

*Attorneys for Plaintiff*

*/s/ Emma Cail*
Emma Cail, Paralegal